# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Jenai M. Cerquoni*
*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

July 18, 2017

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:     Grant J. and Cristal S. Cunningham
      Case No:            16-20257   JNP
      Hearing Date:       N/A

Dear Judge Poslusny:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application.

The proposed form of order filed with the Motion/Application, fails to indicate a new monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $154.00 per month for forty-six (46) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

/s/ *Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Francis P. Cullari, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Grant J. & Cristal S. Cunningham   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978